DWIGHT C. HOLTON
United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
Email: Nathaniel.B.Parker@usdoj.gov
       Western.Taxcivil@usdoj.gov

*Attorneys for the United States*

FILED'10 JUL 01 08:51USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Civil No. 03-07-CV-1885 |
|---|---|
| Plaintiff, | |
| v. | [Proposed] Order re: United States' Motion to Confirm Sale and Disburse Proceeds |
| GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, MULTNOMAH COUNTY, CITY OF PORTLAND, GARY MOREHOUSE, LINDA BURAS AS EXECUTRIX FOR THE ESTATE OF ADA N. HOOVER, WESTERN WASHINGTON CORPORATION OF SEVENTH DAY ADVENTISTS AS EXECUTOR FOR THE ESTATE OF ADA N. HOOVER, EUGENE TURNER, DARLENE TURNER, LITCHFIELD & CARSTENS, LLP, | |
| Defendants. | |

[Proposed] Order
1:07-CV-1885

1

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

This matter came before the Court on the United States' Motion to Confirm Sale and Disburse Proceeds arising from the sale of the real property located at 6403-6413 N. Interstate Ave., Portland, OR 97217 (hereinafter referred to as the "Portland Property") on April 29, 2010, by the Internal Revenue Service (IRS), pursuant to the Order of Foreclosure and Decree of Sale entered by the Court on January 4, 2010. For the reasons stated in the United States' Motion and the Declaration of Mary Snoddy submitted therewith, the Court finds that the sale of the subject property was conducted in compliance with the applicable law found at 28 U.S.C. §§ 2001-2002, that payment was made and accepted in compliance with paragraph 6 of the Order of Foreclosure and Decree of Sale, and that such funds, in the amount of $135,000, were deposited in the registry of the Court in compliance with paragraph 11 of the Order of Foreclosure and Decree of Sale.

Accordingly, the United States' Motion to Confirm Sale is GRANTED, and it is hereby ORDERED that the sale of the Portland Property is confirmed. It is further

ORDERED that the IRS shall promptly deliver a deed thereto to the purchaser, Maverick Enterprises. It is further

ORDERED that the Clerk of the Court shall disburse all proceeds of the sale from the Court's registry in the following manner:

**First,** $1,154.28 to the IRS (Attention: Mary Snoddy, Property Appraisal and Liquidation Specialist, Internal Revenue Service, 500 W. 12th St., Vancouver WA 98660) for costs and fees;

[Proposed] Order
1:07-CV-1885

2

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

**Second,** to Multnomah County in the amount of $7,327.75 (Attention: Jed Tompkins, Assistant County Attorney, Office of Multnomah County Attorney, 501 SE Hawthorne Blvd., Suite 500, Portland, Oregon 97214), to be applied to property tax liens encumbering the Portland Property;

**Third,** to the City of Portland in the amount of $1,538.64 (Attention: Linda Law, Deputy City Attorney, City of Portland, 1221 SW 4th Ave., Room 430, Portland, OR 97204), to be applied to the city's nuisance lien #136913 encumbering the Portland Property;

**Fourth,** to the United States in the amount of $62,489.67 (Attention: William Thompson, Office of Review, PO Box 310, Ben Franklin Station, Washington, DC 20044) to be applied to the unpaid federal tax liabilities of defendant Glen Morehouse; and

**Fifth,** to the City of Portland in the amount of $62,489.66 (Attention: Linda Law, Deputy City Attorney, City of Portland, 1221 SW 4th Ave., Room 430, Portland, OR 97204), to be applied to Portland's other liens encumbering the Portland property.

It is SO ORDERED.

DATED this 29TH day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order
1:07-CV-1885

3

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

For Court Use Only

APPROVED AS TO FORM:

Mary L. Moran, Clerk of Court

*[signature]*
By: Financial Administrator

[Proposed] Order
1:07-CV-1885

4

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547